IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SANDRIA LEWIS as Administratrix of the
Estate of KENNETH BROWN, deceased                             PLAINTIFF

    v.                         CASE NO. 07-6033

BRANDON THOMASON                                              DEFENDANTS

**JUDGMENT**

On the 2nd day of March 2009, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding.  On March 4, 2009, the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** Complete the following paragraph by writing in the name required by your verdict.

On plaintiff's claim of excessive force as submitted in instruction 9, we find in favor of:


_____          <u>Brandon Thomason        </u>

Plaintiff Sandria Lewis             Defendant Brandon Thomason


**INTERROGATORY NO. 2:** Complete the following paragraph by writing in the name required by your verdict.

On Plaintiff's claim for assault as described in instructions 10, we find for?

_____     <u>Brandon Thomason            </u>

Plaintiff Sandria Lewis         Defendant Brandon Thomason


**INTERROGATORY NO. 3:** Complete the following paragraph by writing in the name required by your verdict.

   On Plaintiff's claim for battery as described in instructions 11, we find for


_____     <u>Brandon Thomason           </u>

Plaintiff Sandria Lewis         Defendant Brandon Thomason


**INTERROGATORY NO. 4:** If you found in favor of Plaintiff Sandria Lewis in Interrogatory No. 1, 2 or 3, then answer this Interrogatory:

   State the amount of damages which you find from a preponderance of the evidence were sustained by Sandria Lewis, as administratrix of the estate of Kenneth Brown, deceased, as a result of the conduct of Brandon Thomason as described in Instructions 13 and 14.


COMPENSATORY DAMAGES $ <u>None                  </u>


**INTERROGATORY NO. 5:** If you found in favor of Plaintiff Sandria Lewis in Interrogatory No. 1, then answer this Interrogatory:

   State the amount of punitive damages, as submitted in

Instructions 15, that you find should be awarded to Plaintiff Sandria Lewis; if none, write the word none.

PUNITIVE DAMAGES $ None_____

**INTERROGATORY NO. 6:** If you found in favor of Plaintiff Sandria Lewis in Interrogatory No. 2 or 3, then answer this Interrogatory:

State the amount of punitive damages, as submitted in Instruction No. 16, that you find should be awarded to Plaintiff Sandria Lewis; if none, write the word none.

PUNITIVE DAMAGES $ None_____

**IT IS ORDERED AND ADJUDGED** in accordance with the jury verdict, as well as this Court's determination, that the Plaintiff takes nothing on her complaint and the matter is **DISMISSED WITH PREJUDICE.** All parties are to bear their respective costs and attorney's fees.

IT IS SO ORDERED this 5th day of March, 2009.

/s/ Robert T. Dawson_____
Honorable Robert T. Dawson
United States District Judge